# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160(9)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

In re HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION                SC: 159160
REGARDING THE CONSTITUTIONALITY
OF 2018 PA 368 & 369

_____/

On order of the Chief Justice, the motion of Michigan One Fair Wage, Michigan Time to Care, National Employment Law Project, and Michigan State AFL-CIO to file joint brief amicus curiae is GRANTED. The amicus brief submitted on March 22, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2019



Clerk